UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────────

ELODIA VAZQUEZ et al.,

                       Plaintiffs,

     - against -

FIFTH AVENUE MEN'S SUITS LLC. et al.,

                      Defendants.

─────────────────────────────────────

17cv2923 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the hearing today, the defendants' motion for summary judgment is **denied**.  The Clerk of Court is directed to close docket number 62.

The parties should notify the Court by **December 14, 2018,** whether they agree to try the case before the Magistrate Judge.

A joint pretrial order, together with any motions in limine, shall be submitted by **January 8, 2019.**  Responses and objections should be filed by **January 15, 2019.**  The parties shall be ready for trial on 48-hours' notice on or after **January 18, 2019.**

SO ORDERED.

Dated:    New York, New York
          December 11, 2018

                               John G. Koeltl
                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12-12-18__