# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510          Telephone: (212) 317-1200
New York, New York 10165          Facsimile: (212) 317-1620

_____

jbarton@faillacelaw.com

March 8, 2019

**VIA ECF**

Hon. Debra Freeman
Chief U.S. Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

         Re:     <u>Vazquez, et al v. Fifth Avenue Men's Suits LLC, et al.</u>
                     17-cv-2923

Dear Judge Freeman:

    I am an attorney representing plaintiffs Elodia Vazquez and Jaqueline Gamez ("Plaintiffs") in the above-referenced matter. I write to advise the Court that the parties have reached a settlement. I have been unable to contact counsel to obtain their consent to adjourn the final pretrial conference, however, such a conference will be unnecessary at this point since the parties have settled.

    We thank the Court for its time and attention.

                     Respectfully Submitted,

                     <u>*/s/ Jesse Barton*</u>
                     Jesse Barton, Esq.

Cc: Eric Zim, Esq. (Via ECF)